IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

CIVIL ACTION FILE NO. 5:25-CV-00028-BO-BM

| | |
|---|---|
| BKV GROUP DC, PLLC, | ) |
| Plaintiff, | ) |
| v. | ) |
| TREELINE ACQUISITION, LLC d/b/a TREELINE COMPANIES, | ) |
| Defendant. | ) |
| and | ) |
| TREELINE ACQUISITION LLC, | ) |
| Counterclaim Plaintiff / Third-Party Plaintiff, | ) ORDER |
| v. | ) |
| DISTINCTIVE LIVING DEVELOPMENT LLC, DISTINCTIVE LIVING LLC, DAVID BANTA, CHRISTOPHER HOARD, JACK BOARMAN and JOSEPH JEDLOWSKI, | ) |
| Third-Party Defendants. | ) |

This matter is before the court on the joint motion to stay the entirety of the litigation, including all pleadings, motions, responses to motions, discovery, and case management requirements and deadlines until August 8, 2025 to allow the parties to attend mediation on

July 28, 2025. For good cause show for the reasons stated in the motion, the Joint Motion to Stay is GRANTED. It is therefore ORDERED that:

1. This matter, including all pleadings, motions, responses to motions, discovery, and case management requirements and deadlines, is STAYED until **August 8, 2025**, in order to allow for the Parties to attend mediation.
2. Unless the Parties advise the Court that all claims in this case have been settled, or the Parties otherwise request to extend the stay in this case:
    a. Treeline Acquisition, LLC shall serve its opposition to the Motion to Dismiss filed by Distinctive Living Development, LLC, Christopher Hoard, and Joseph Jedlowski no later than August 22, 2025.
    b. Distinctive Living, LLC shall serve its response to the Third-Party Complaint no later than August 22, 2025.

SO ORDERED, this the 20 day of May, 2025.

_Terrence Boyle_
TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE