# Exhibit C





February 7, 2023

**Flowers Parkway Active Adult-NC**

**Re:     Programming, Preconstruction & Construction Management**
**Proposal Southeast**

As promised, we are pleased to provide the enclosed proposal for the complete pre-construction & construction management services for your upcoming Southeast Active Adult and IL development projects.

As we have previously discussed with you, we are a firm believer in the concept of TEAM. Having an understanding of your current business commitments, you likely cannot be the quarterback of your Team for this building, but we can perform that role on your behalf. As you know, it is our desire to be your advocate and act in your best interest throughout this project. We do not accept this role lightly and our past projects will attest that we get results within the desired timeline and budget. Every consultant and contractor we recommend on this project assumes a certain responsibility to the Team. Our responsibility is to ensure your goals are satisfied; you have the opportunity to make the key decisions on this project; deadlines are met, and the project starts as soon as possible.

When we look at the services required on a project like this, we rely on my prior experience in leading development teams. In theory, we estimate the amount of time we believe each required task will take to complete and then multiply them by our hourly rate. This proposal is provided to you as a lump sum, so that you know exactly how much you are going to pay for the services and that we are going to do whatever it takes to deliver you the finished project. In general, we will invoice you monthly, based on the percentage of work completed and we request your payment by the 10th of the following month.

We typically divide our proposals into two distinct parts, Pre-Construction and Construction Management. Pre-Construction is management of all design and budgetary issues on the project up to the point in which a building permit is issued. Construction Management is obviously that period which includes assembly and up-fit of the building. While we have included an estimate for Construction Services herein, we would suggest we wait until this project has progressed further before you consider them.

**For 2.5% (two and a half-percent) of the total project cost, we will provide Programming, Pre-Construction consulting time to perform the leadership and coordination itemized on the attached detailed estimate (See Phase I and Phase II).**

**For an additional 2.5% (two and a half-percent) of the total project cost, during the construction of the building, we will perform leadership, management and coordination as itemized on the attached detailed estimate (See Phase III).**

**If ownership chooses Distinctive Living Development to complete Phases I-III, as outlined in the attached document, we have provided a discounted percentage of 4% of the total project cost.**

**Additionally, at the time of signature, a one-time fee of $5,000 is payable to Distinctive Development for the cost of third-party development reports (*market intelligence, business analytics, wage analysis, development proforma development*).**



2        Distinctive Living Development, LLC      www.distinctivedev.com      888.433.7794

2/7/2023

*To Note: If this proposed project is not able to be financed for any reason, if the project is sold, or the developer/sponsor choses to not move the project forward within a 'reasonable' period of time, Distinctive Living Development, is entitled to a one-time fee of 1.25% of the agreed architect's proposed construction cost (as outlined in the architectural proposal). This fee will be due within 30 days of invoice issuance. When fully engaged, we will roll 25% of our fees into the project as equity, in return for a 4.9% ownership stake in the project. This puts us all aligned fully. Once executed we are all in, however in the "initial" review where we do preliminary review up to and including our full development proforma, as the General Sponsor you are responsible for our full fee, however after running the development proforma, if the project doesn't pencil you would only be responsible for $5,000 to cover part of our cost up to this point.*

Chris, Lisa, George, and I, look forward to the opportunity to be of service to you on this project. You have our commitment that we will do whatever it takes to ensure that your goals are met, and decisions are carried out. Our best advertising is a satisfied client that we can use as a reference. If you have any questions, please feel free to contact us anytime at 908.839.8424.

We are grateful for the opportunity to serve you on this Project. We are ready to work hard when you are ready to launch!

Sincerely:

*Christopher Hoard*

Christopher Hoard
*President*
**Distinctive Living Development, LLC**

**Accepted By:**

Treeline Companies

x _____
_*Authorized Signature*

Daniel Schn, Principal
_*Printed Name and Title*

2/8/23
_____ *Date*

 

**DISTINCTIVE PROFESSIONAL SERVICES**

---

**A.** **PHASE I - DESIGN AND PERMITTING**

**1.1** **PROJECT KICK-OFF PHASE**
1 Review reports & agreements provided by others
2 Validate assumptions
3 Prelinimary site visit/Site Survey
4 Attend / Host project Kick-off Meeting

**1.2** **DESIGN PROCUREMENT AND COORDINATION**
1 RFP, Negotiate scope and fee proposal with Architect(s)
2 Solicit misc. other testing & design professionals
3 Design dev., mtgs & coordination
4 Project Test Fit
5 Value Engineering analyses
6 Coordinate and Review Pricing Set
7 Update Value Engineering based on GC / Pricing Feedback
8 Coordinate Permitting / Route Comments/Contract Expediter
9 One Onsite Coordination Meeting - *To Note*: All actual travel expenses will be billed at cost

*\*\*To Note: If additional visits are required/requested they will be billed at*
*$1,500 + All Travel Expenses (air, car, hotel, gas, meals)*

**1.3** **GENERAL CONTRACTOR PROCUREMENT AND PRICING**
1 Contractor Vetting
2 Contractor Bid Analysis
3 Contractor Recommendation/Selection

**1.4** **OVERALL DEVELOPMENT SCHEDULE**
1 Coordinate Overall Development Schedule W/Development Team
2 Review Schedule Monthly & Review w/Ownership

---

**B.** **PHASE II - PROJECT EXECUTION & FF&E**

**2.1** **FINANCING - BY OWNER**
1 **All financing coordinated by Owner**

**2.2** **LEGAL**
1 **All legal & contract review matters by Owner's legal team**

**2.3** **PROCUREMENT - FF&E AND MISC. CONSTRUCTION**
1 Review Furnishings w/ Ownership and Inetior Design
2 Review Design / Computer, phone, sound, security wiring
3 Review Exterior Amenities
4 Review Design IT Infrastructure and Equipment

---

**C.** **PHASE III - PROJECT CONSTRUCTION**

**3.1** **CONSTRUCTION MANAGEMENT**
1 Monthly review of pay apps & waivers
2 Monthly / Contractor coordination meetings
3 Visit Jobsite -Monthly visits are included in our base fee. *(all travel expenses will be billed at cost)*
4 Weekly Development Team Coordination Meeting
5 Monthly overall project budget review

*\*\*To Note: If additional visits are required/requested (above the once per*
*month visit) there will be billed at $1,500 + All Travel Expenses (air, car,*
*hotel, gas, meals)*

**3.2** **CONSTRUCTION PROJECT CLOSE-OUT / TURNOVER**

1 Final budget accounting
2 Punchlist review and walk
3 Final Owner / Contractor close-out - General

**3.3** **PROJECT COMPLETION**
1 Installation of FFE
2 Final Close out of all Vendor and Trade Partners
3 Soft Opening Support
4 Grand Opening Support
5 Project Turnover