IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Case No. 5:25-cv-00028-BO-BM

| | |
|---|---|
| BKV GROUP DC, PLLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| TREELINE ACQUISITION, LLC d/b/a TREELINE COMPANIES, | ) |
| | ) |
| Defendant. | ) |
| | ) |
| and | ) |
| | ) |
| TREELINE ACQUISITION LLC, | ) |
| | ) |
| Plaintiff-in-Counterclaim and Third-Party Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| DISTINCTIVE LIVING DEVELOPMENT LLC, DISTINCTIVE LIVING LLC, DAVID BANTA, CHRISTOPHER HOARD, JACK BOARMAN and JOSEPH JEDLOWSKI, | ) |
| | ) |
| Third-Party Defendants. | ) |
| | ) |

---

**APPENDIX TO LOCAL CIVIL RULE 56.1 STATEMENT OF MATERIAL FACTS**

---