Index to Appendix to Local Civil Rule 56.1 Statement of Material Facts

Exhibit 1   -   Declaration of Christopher Hoard

Exhibit 2   -   Deposition of Joseph Jedlowski

Exhibit 3   -   Deposition of Christopher Hoard; 30(b)(6) Deposition of DLD

Exhibit 4   -   Defendant Treeline Acquisition LLC's Responses and Objections to Distinctive Living Development LLC's First Set of Interrogatories, Requests for Production of Documents and Requests for Admissions

Exhibit 5   -   Deposition of Michael Schor; 30(b)(6) Deposition of Treeline

Exhibit 6   -   TREELINE_032646-48

Exhibit 7   -   TREELINE_036410-13

Exhibit 8   -   TREELINE_024581-82

Exhibit 9   -   Deposition of Daniel Schor; 30(b)(6) Deposition of Treeline

Exhibit 10  -   DLD029900

Exhibit 11  -   Deposition Exhibit 5, DLD000125-27

Exhibit 12  -   Deposition of David Banta; 30(b)(6) Deposition of BKV

Exhibit 13  -   DLD018212-218

Exhibit 14  -   Deposition Exhibit 86, BBG Market Study date April 18, 2023

Exhibit 15  -   Deposition Exhibit 10, DLD000123

Exhibit 16  -   Declaration of Rebecca Flowers

Exhibit 17  -   DLD018333-35

Exhibit 18  -   TREELINE_004032-39

Exhibit 19  -   Declaration of Eric Johnson ("Ziegler")

Exhibit 20  -   Deposition Exhibit 4, TREELINE_011198-200

Exhibit 21  -   Deposition Exhibit 45, Terracon Geotechnical Engineering Report dated July 17, 2023

Exhibit 22  -   Deposition Exhibit 22, BKV011399

Exhibit 23 - DLD005304-27

Exhibit 24 - Declaration of Bruce Douglas

Exhibit 25 - BKV009213-14

Exhibit 26 - DLD000124

Exhibit 27 - TREELINE_035510-518

Exhibit 28 - Deposition Exhibit 83, DLD008528-566

Exhibit 29 - TREELINE_032728-735

Exhibit 30 - BKV007223-224

Exhibit 31 - BKV007015-26

Exhibit 32 - DLD020675-76

Exhibit 33 - DLD018520-21

Exhibit 34 - BKV006691

Exhibit 35 - TREELINE_017936-37

Exhibit 36 - DLD020928-29

Exhibit 37 - BKV004989

Exhibit 38 - Deposition Exhibit 36, TREELINE_008532-33

Exhibit 39 - Deposition Exhibit 53, BKV008554

Exhibit 40 - TREELINE_015099-103

Exhibit 41 - Deposition Exhibit 56, BKV003334-35

Exhibit 42 - Deposition Exhibit 14, BKV005157

Exhibit 43 - BKV004715-16

Exhibit 44 - BKV004510-16

Exhibit 45 - DLD023171-75

Exhibit 46 - DLD022934

Exhibit 47 - DLD020067-68

4911-0922-6646, v. 1

Exhibit 48  -  DLD020046-50

Exhibit 49  -  DLD020061-62

Exhibit 50  -  DLD019987-88

Exhibit 51  -  DLD027739-53

Exhibit 52  -  TREELINE_000648-658

Exhibit 53  -  Deposition Exhibit 64, TREELINE_001733

Exhibit 54  -  TREELINE_000474-479

Exhibit 55  -  DLD030187-88

Exhibit 56  -  DLD021276-379

Exhibit 57  -  DLD020396-400

Exhibit 58  -  Deposition Exhibit 68, DLD030190-91

Exhibit 59  -  TREELINE_034513-15

Exhibit 60  -  DLD030025-29

Exhibit 61  -  TREELINE_035972-79

Exhibit 62  -  DLD019947-50

Exhibit 63  -  TREELINE_032703-05

Exhibit 64  -  TREELINE_034524-29

Exhibit 65  -  DLD021176-78

Exhibit 66  -  BKV002434

Exhibit 67  -  Deposition Exhibit 18, TREELINE_015093-94

Exhibit 68  -  TREELINE_033270-272

Exhibit 69  -  TREELINE_033525-30

Exhibit 70  -  TREELINE_037532-34

Exhibit 71  -  TREELINE_012661-62

Exhibit 72  -  TREELINE_034002

4911-0922-6646, v. 1

Exhibit 73  -  TREELINE_033953-36

Exhibit 74  -  TREELINE_008151-52

Exhibit 75  -  TREELINE_017204-05

Exhibit 76  -  TREELINE_036231-32

Exhibit 77  -  TREELINE_033841-43

Exhibit 78  -  TREELINE_034531-32

Exhibit 79  -  TREELINE_024596-98

Exhibit 80  -  DLD030143-46

Exhibit 81  -  TREELINE_016191-93

Exhibit 82  -  TREELINE_013570-72

Exhibit 83  -  TREELINE_001739-42

Exhibit 84  -  TREELINE_010721-23

Exhibit 85  -  TREELINE_013467

Exhibit 86  -  TREELINE_013468-69

Exhibit 87  -  DLD000147

Exhibit 88  -  Defendant Treeline Acquisition LLC's Responses and Objections to First Set of Interrogatories from BKV Group DC, PLLC, David Banta, and Jack Boarman

Exhibit 89  -  Deposition of Jack Boarman; 30(b)(6) deposition of BKV

4911-0922-6646, v. 1