# <u>Exhibit 1</u>

# Declaration of Christopher Hoard