# Exhibit 2

# Deposition of Joseph Jedlowski

Case 5:25-cv-00028-BO-BM     Document 102-3     Filed 03/20/26     Page 1 of 1