# Exhibit 3

# Deposition of Christopher Hoard

Case 5:25-cv-00028-BO-BM    Document 102-4    Filed 03/20/26    Page 1 of 1