# Exhibit 6

# TREELINE_032646-48