# Exhibit 7

# TREELINE_036410-13