# Exhibit 8

# TREELINE_024581-82