# Exhibit 10

# DLD029900