# Exhibit 11

## Deposition Exhibit 5, DLD000125-27