# Exhibit 12

# Deposition of David Banta

Case 5:25-cv-00028-BO-BM    Document 102-13    Filed 03/20/26    Page 1 of 1