# Exhibit 13

# DLD018212-218