# Exhibit 15

# Deposition Exhibit 10, DLD000123