# Exhibit 16

# Declaration of Rebecca Flowers

Case 5:25-cv-00028-BO-BM    Document 102-17    Filed 03/20/26    Page 1 of 1