# Exhibit 17

# DLD018333-35