**Exhibit 18**

**TREELINE_004032-39**