# Exhibit 19

# Declaration of Eric Johnson ("Ziegler")