# Exhibit 20

# Deposition Exhibit 4, TREELINE_011198-200