# Exhibit 21

## Deposition Exhibit 45, Terracon Geotechnical Engineering Report dated July 17, 2023