# Exhibit 22

# Deposition Exhibit 22, BKV011399

Case 5:25-cv-00028-BO-BM     Document 102-23     Filed 03/20/26     Page 1 of 1