# Exhibit 23

# DLD005304-27