# Exhibit 24

# Declaration of Bruce Douglas