# Exhibit 25

# BKV009213-14

**From:** Daniel Schor <daniel.schor@treelinecompanies.com>
**Sent:** Thursday, August 31, 2023 11:06 AM EDT
**To:** David Banta <dbanta@bkvgroup.com>
**CC:** chris@distinctivedev.com <chris@distinctivedev.com>
**Subject:** RE: Flowers Parkway AIA Contract Revised

Thanks!



DANIEL J. SCHOR, ESQ.
PRINCIPAL

200 GARDEN CITY PLAZA, STE 325
GARDEN CITY, NY 11530
T 516.837.8000 (NY)
T 704.994.5400 (CLT)
F 516.837.8500
C 646.717.4447
FOLLOW US:

**From:** David Banta
**Sent:** Thursday, August 31, 2023 10:31 AM
**To:** Daniel Schor
**Cc:** chris@distinctivedev.com
**Subject:** RE: Flowers Parkway AIA Contract Revised

<span style="color:red">**CAUTION:**External email - please be careful before clicking on links or attachments</span>

Daniel,
Attached is the word document for editing.
Thanks,
David



**David Banta**
**Senior Living Practice Leader, Partner, AIA, NCARB**
1054 31st Street N.W. Canal Square, Suite 410 Washington DC 20007
O: +1 202.795.3094
M: +1 410.292.6779
*We are a holistic design firm dedicated to*
**ENRICHING LIVES AND STRENGTHENING COMMUNITIES**

Architecture
Interior Design
Landscape Architecture
Engineering

**From:** Daniel Schor <daniel.schor@treelinecompanies.com>
**Sent:** Thursday, August 31, 2023 10:14 AM
**To:** David Banta <dbanta@bkvgroup.com>
**Cc:** chris@distinctivedev.com
**Subject:** RE: Flowers Parkway AIA Contract Revised

David:
Our attorney is running through the document for final comment. Do you have this in word format so we can comment on it directly in REDLINE?



DANIEL J. SCHOR, ESQ.
PRINCIPAL

200 GARDEN CITY PLAZA, STE 325
GARDEN CITY, NY 11530
T 516.837.8000 (NY)
T 704.994.5400 (CLT)
F 516.837.8500
C 646.717.4447
FOLLOW US:



**From:** David Banta <dbanta@bkvgroup.com>
**Sent:** Tuesday, August 29, 2023 7:27 AM
**To:** Daniel Schor <daniel.schor@treelinecompanies.com>
**Cc:** chris@distinctivedev.com
**Subject:** Flowers Parkway AIA Contract Revised

<span style="color:red">**CAUTION:**External email - please be careful before clicking on links or attachments</span>

Daniel,
I found a slight error in the fee portion of the contract. Fee remained the same the concept/entitlement line had a wrong number

BKV009213

noted.
If you have any questions, please do not hesitate to call me.
Thanks,
David



Architecture
Interior Design
Landscape Architecture
Engineering

**David Banta**
**Senior Living Practice Leader, Partner, AIA, NCARB**
1054 31st Street N.W. Canal Square, Suite 410 Washington DC 20007
O: +1 202.795.3094
M: +1 410.292.6779
*We are a holistic design firm dedicated to*
**ENRICHING LIVES AND STRENGTHENING COMMUNITIES**



BKV009214