# Exhibit 26

# DLD000124