# Exhibit 27

# TREELINE_035510-518