# Exhibit 28

# Deposition Exhibit 83, DLD008528-566

Case 5:25-cv-00028-BO-BM     Document 102-29     Filed 03/20/26     Page 1 of 1