# Exhibit 29

# TREELINE_032728-735