# Exhibit 30

# BKV007223-224