# Exhibit 31

# BKV007015-26