# Exhibit 32

# DLD020675-76