# Exhibit 33

# DLD018520-21