# Exhibit 34

# BKV006691