# Exhibit 35

# TREELINE_017936-37