# Exhibit 36

# DLD020928-29