# Exhibit 37

# BKV004989