# Exhibit 38

# Deposition Exhibit 36, TREELINE_008532-33