# Exhibit 39

# Deposition Exhibit 53, BKV008554