# Exhibit 40

# TREELINE_015099-103