# Exhibit 41

## Deposition Exhibit 56, BKV003334-35