# Exhibit 42

## Deposition Exhibit 14, BKV005157

Case 5:25-cv-00028-BO-BM     Document 102-43     Filed 03/20/26     Page 1 of 1