# Exhibit 43

# BKV004715-16