# Exhibit 44

# BKV004510-16