# Exhibit 45

# DLD023171-75