# Exhibit 46

# DLD022934