# Exhibit 47

# DLD020067-68