# Exhibit 48

# DLD020046-50