# Exhibit 49

# DLD020061-62