# Exhibit 50

# DLD019987-88