# Exhibit 51

# DLD027739-53

Case 5:25-cv-00028-BO-BM    Document 102-52    Filed 03/20/26    Page 1 of 1