# Exhibit 52

# TREELINE_00648-658