# Exhibit 53

# Deposition Exhibit 64, TREELINE_001733