# Exhibit 54

# TREELINE_000474-479