# Exhibit 55

# DLD030187-88