# Exhibit 56

## DLD021276-379