# Exhibit 57

# DLD020396-400