# Exhibit 58

# Deposition Exhibit 68, DLD030190-91