# Exhibit 59

# TREELINE_034513-15