# Exhibit 60

# DLD030025-29