# Exhibit 61

# TREELINE_035972-79

Case 5:25-cv-00028-BO-BM    Document 102-62    Filed 03/20/26    Page 1 of 1