# Exhibit 62

# DLD019947-50