# Exhibit 63

# TREELINE_032703-05

| From: | Michael Schor [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=C4DF40B227B641F09E67EDBEBD396006-MICHAEL.SCH] |
|---|---|
| Sent: | 6/17/2024 1:34:05 PM |
| To: | John Koonce [johnkoonce@yorkproperties.com]; Sarah Godwin [sarah.godwin@foundrycommercial.com]; Len Woodall - Woodall, CPA (len@woodallcpa.com) [len@woodallcpa.com] |
| CC: | Daniel Schor [daniel.schor@treelinecompanies.com]; C. Glenn Schor [Glenn.Schor@treelinecompanies.com] |
| Subject: | RE: Flowers proposal |

**Verified:**Internal Email

No problem – we accepted all of your ideas, except that we do need the closing at 12.31.25. We are shooting for sooner, but with the needed redesign, we have to have the time.



## MICHAEL SCHOR
Principal & Chief Investment Officer

200 Garden City Plaza, Suite 325
Garden City, NY 11530
T 516.837.8010 (NY)
T 704.994.5400 (CLT)
C 516.508.0817

𝕏 f ⊙⊠

**From:** John Koonce <johnkoonce@yorkproperties.com>
**Sent:** Monday, June 17, 2024 1:29 PM
**To:** Michael Schor <Michael.Schor@treelinecompanies.com>; Sarah Godwin <sarah.godwin@foundrycommercial.com>; Len Woodall - Woodall, CPA (len@woodallcpa.com) <len@woodallcpa.com>
**Cc:** Daniel Schor <daniel.schor@treelinecompanies.com>; C. Glenn Schor <Glenn.Schor@treelinecompanies.com>
**Subject:** RE: Flowers proposal

**CAUTION:**External email - please be careful before clicking on links or attachments

Michael

Thank you for putting this concise plan together for our review. I will connect with Len in the next 24 hours and share any additional insight we might find…including timing as to when we can share with Mrs Flowers. We will be in touch soon. Thank you for the work below.

JK

JOHN KOONCE
Sr. Vice President

YORK PROPERTIES, INC.
2108 Clark Avenue I Raleigh NC 27605
d 919 645 2765
e johnkoonce@yorkproperties.com I www.yorkproperties.com



**From:** Michael Schor <Michael.Schor@treelinecompanies.com>
**Sent:** Monday, June 17, 2024 1:14 PM
**To:** John Koonce <johnkoonce@yorkproperties.com>; Sarah Godwin <sarah.godwin@foundrycommercial.com>; Len Woodall - Woodall, CPA (len@woodallcpa.com) <len@woodallcpa.com>
**Cc:** Daniel Schor <daniel.schor@treelinecompanies.com>; C. Glenn Schor <Glenn.Schor@treelinecompanies.com>
**Subject:** Flowers proposal

External Sender

Dear Sarah, John and Len,

Below is a revised **DRAFT** proposal to move the transaction with Ms. Flowers ahead. The proposal is predicated upon the necessity that we acquire the 2.25 acre corner lot (referred to as the "Corner Lot" herein, and the existing 7.4 acre lot referred to as the "Existing Lot") and redesign our building to incorporate this lot. The redesign will allow us to more efficiently construct the building and to add some of the amenities that Ms. Flowers thought were critical to the success of the project.

Assuming you are all on board, we are fine with you presenting this proposal to Ms. Flowers. Naturally, this **DRAFT** proposal is non-binding and subject to appropriate legal documentation.

**PROPOSAL AS FOLLOWS:**

**For the Corner Lot:**

- Treeline acquires the Corner Lot for $1.1 million all cash, no financing contingency.
- Contract gives Treeline 45 days due diligence for environmental, soil conditions, etc., on the Corner Lot.
- Treeline gives $100,000 earnest money deposit on contract which is released to Ms. Flowers from escrow upon the close of due diligence. Contract deposit shall be credited to the Purchase Price at Closing.
- Closing on the Corner Lot is time of the essence 45 days after the close of due diligence (for the sake of clarity, Ms. Flowers will be paid $1.1 million at closing of the Corner Lot which will take place 90 days after the signing of the contract for the Corner Lot, non-contingent on closing on the Existing Lot).

**For the Existing Lot:**

- Treeline increases the contract deposit on the Existing Lot by an additional $100,000.
- All contract deposits on the Existing Lot are non-refundable on an immediate basis and will be released to Ms. Flowers from escrow. Contract deposits shall be credited to the Purchase Price at Closing.
- Treeline agrees that closing on the Existing Lot will take place, time of the essence, sixty (60) days after the date on which Treeline obtains all requisite permits for the construction of its building, but in no event later than 12/31/2025.
- At Closing, Ms. Flowers shall be paid the full balance of the purchase price for the Corner Lot as follows: (ii) $1 million cash (on top of the deposits already in her possession out of escrow), and (iii) a purchase money mortgage for the balance of the Purchase Price on the Existing Lot. The purchase money mortgage shall be a first priority lien on the Existing Lot. Ms. Flowers will be paid interest on the amount of the purchase money mortgage note of 8% per annum, with interest paid monthly. The purchase money mortgage note shall be paid in full upon the earlier of Treeline closing on a construction loan to build the building as planned on the Existing Lot or eighteen (18) months from closing.

Please review and advise. We sincerely appreciate your getting involved on pushing this to a conclusion. If needed, I am prepared to come back to North Carolina to meet with the Flowers team to finalize.

Best,

Mike Schor

TREELINE_032704

 **TREELINE**

## MICHAEL SCHOR
Principal & Chief Investment Officer

200 Garden City Plaza, Suite 325
Garden City, NY 11530
T 516.837.8010 (NY)
T 704.994.5400 (CLT)
C 516.508.0817

TREELINE_032705