# Exhibit 64

## TREELINE_034524-29

Case 5:25-cv-00028-BO-BM    Document 102-65    Filed 03/20/26    Page 1 of 1