# Exhibit 65

# DLD021176-78