# Exhibit 66

# BKV002434