# Exhibit 67

## Deposition Exhibit 18, TREELINE_015093-94