# Exhibit 68

## TREELINE_033270-272

Case 5:25-cv-00028-BO-BM    Document 102-69    Filed 03/20/26    Page 1 of 1