# Exhibit 69

# TREELINE_033525-30