# Exhibit 70

# TREELINE_037532-34