# Exhibit 71

## TREELINE_012661-62