# Exhibit 72

# TREELINE_034002