# Exhibit 73

# TREELINE_033953-36