# Exhibit 74

# TREELINE_008151-52