# Exhibit 75

# TREELINE_017204-05