# Exhibit 76

# TREELINE_036231-32