# Exhibit 77

## TREELINE_033841-43