# Exhibit 78

# TREELINE_034531-32