# Exhibit 79

# TREELINE_024596-98

Case 5:25-cv-00028-BO-BM     Document 102-80     Filed 03/20/26     Page 1 of 1