# Exhibit 80

# DLD030143-46