# Exhibit 81

# TREELINE_016191-93