# Exhibit 82

# TREELINE_013570-72