# Exhibit 83

# TREELINE_001739-42