# Exhibit 84

# TREELINE_010721-23