# Exhibit 85

# TREELINE_013467