# Exhibit 86

# TREELINE_013468-69