# Exhibit 87

# DLD000147