# Exhibit 88

# Defendant Treeline Acquisition LLC's Responses and Objections to First Set of Interrogatories from BKV Group DC, PLLC, David Banta, and Jack Boarman