# Exhibit 89

# Deposition of Jack Boarman

Case 5:25-cv-00028-BO-BM     Document 102-90     Filed 03/20/26     Page 1 of 1